NOT FOR PUBLICATION                              [Docket No. 43]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| CRAIG BISHOP. | |
| Plaintiff, | |
| | Civil No. 05-5532(RMB) |
| v. | |
| KATHY MCFARLAND, | **ORDER** |
| Defendant. | |

THIS MATTER having come before the Court upon Defendant's motion for leave to file a late motion for summary judgment; and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** Defendant's motion for leave to file a late motion for summary judgment is **DENIED**.

Dated:  October 28, 2008       s/Renée Marie Bumb
                               RENÉE MARIE BUMB
                               UNITED STATES DISTRICT JUDGE